IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEE SMITH,

    Plaintiff,
v.                                              CASE NO. 1:17-cv-78-MW-GRJ

STATE OF FLORIDA, et al.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a detainee at the North Florida Evaluation and Treatment Center, initiated this case by filing a Complaint and a motion for leave to proceed as a pauper. ECF Nos. 1 and 2. The Court ordered Plaintiff to file a Prisoner Consent and Financial Certificate and an Amended Complaint on the Court's form on or before May 25, 2017. As of this date, Plaintiff has failed to comply with the Court's Order. Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 8th day of June 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**