# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DAVID LEE SMITH,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No. 1:17cv78-MW/GRJ**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court."

---

[1] Plaintiff has failed to keep this Court advised of his current address as evidenced by returned mail. ECF No. 7.

1

The Clerk shall close the file.

**SO ORDERED on July 11, 2017.**

**s/Mark E. Walker             ____**
**United States District Judge**